

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2015

No. 04-15-00469-CV

**CASH BIZ, LP**, Redwood Financial, LLC, Cash Zone, LLC dba Cash Biz,
Appellants

v.

Hiawatha **HENRY**, Addie Harris, Montray Norris, and Roosevelt Coleman Jr., et al.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01545
Honorable Laura Salinas, Judge Presiding

## O R D E R

    In this accelerated appeal, Appellant's brief was due to be filed with this court on August 24, 2015. Before the brief was due, Appellant filed an agreed first motion for extension of time to file Appellant's brief until September 3, 2015, for an extension of ten days.

    Appellant's motion for an extension of time to file Appellant's brief is GRANTED. Appellant's brief is due on September 3, 2015. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2015.

_____
Keith E. Hottle
Clerk of Court